UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Petitioner,

v.

LIEUTENANT DOYLE;
Correctional Officer BLAIN;
A.T. WALL, Director RIDOC;
Donna Collins, Deputy warden (HSC);
James Weeden, warden (HSC);
Theresa Lantz, Commissioner, CT DOC;
Respondents.

CASE NO. CA05-407S

RECEIVED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

August 12, 2005

PETITION FOR WRIT OF ERROR CORAM NOBIS AND/OR HABEAS CORPUS AD FACIENDUM ET RECIPIENDUM; ALL WRITS ACT PETITION; PETITION FOR MANDAMUS (RIDOC Disciplinary Hearing)

The Petitioner Thaddeus Taylor, in his pro se capacity, respectfully files with this Honorable Court this Petition for Writ of ERROR CORAM NOBIS and/or HABEAS Corpus AD FACIENDUM ET RECIPIENDUM; All WRITS ACT PETITION; PETITION FOR WRIT of MANDAMUS directing the Respondent(s) to VACATE the Petitioner's guilty finding of a disciplinary infraction that was written by Correctional officer Blain on August 9, 2005 at the High Security Facility, within Rhode Island Dept. of Corrections - In which LT. Doyle acting as the "disciplinary hearing" officer on August 11, 2005 found the Petitioner guilty - and upheld by the Respondents. (RIDOC) Discipline NO. 00010031; Code 303 moderate Contraband (having an EXTRA .25 cent comb) --- to which the petitioner received 15 days of "LOP"; 15 days of Loss of Good time, and other Sanctions.

The petitioner a STATE of Connecticut Resident and inmate.. was involuntarily transferred to Rhode Island Dept. of Correction as a "retaliatory transfer"... he is an ex-correctional officer housed in protective custody unit at the High Security Facility... Claims that he was deprived of a "fair Disciplinary Hearing" by the Respondents.. denied due process of law, denied the right to call any witnesses without just cause (as a result of the Respondents "Defacto Policies" and customs of not allowing inmates to call witness(es), produce evidence in his defense, failed to provide the petitioner with meaningful assistance from a staff representative as required under the RIDOC Rules and Regulations... all of which deprived the petitioner of a fair disciplinary hearing.. and deprived the Petitioner of the opportunity to defend himself.

Additionally, the disciplinary hearing officer "LT. Doyle" was not an "impartial" and "unbias" individual in the proceedings.. He specifically was involved in this incident and all incidents against Correctional officer Blain.. including formal complaints of Correctional officer Blain's unprofessionalism.

LT Doyle also was the subject of the petitioner formal complaints of misconducts against him; as well a named defendant in two Federal Civil Rights Lawsuits.. to which he was served.

LT. Doyle also was responsible to respond to the Petitioner's Complaints against him and several other Respondents... therefore he was/is an inherently "bias" and can not be an impartial disciplinary hearing.. moreover, he acted as a "pawn" to intentionally punish and retaliate against the Petitioner for filing Lawsuits and formal Complaints against him and the Respondent(s). (The Respondents have a "defact policies that deprive inmates of a fair hearing.) The Petitioner also submits that he is currently eligible for placement in a Halfway House on August 23, 2005, and "parole hearing" on or about November, 2005.. thus, the disciplinary may adversely effect his opportunity to be placed in such ~~parole~~ programs.. requiring him to be incarcerated longer. Accordingly he respectfully moves the Court to issue an order to vacate the finding of Guilty and order a new disciplinary hearing in full Compliance with due process of law and the "Morris Rules"...

(In) I swear under penalty of perjury the above statements are true and correct to the best of my knowledge.

Respectfully Submitted
[signature] pro se
Thaddeus Taylor #128278
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this petition/writ was mailed to the Respondent(s) (A.T. Wall Director), Attorney Patricia A. Coyne Fague, RIDOC, Office of Legal Counsel, 40 Howard Ave, Cranston, RI 02920

[signature] pro se
Thaddeus Taylor 128278