**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Thaddeus Taylor
Petitioner

v.

CA:05-407S

Lieutenant Doyle, et al
Respondent

**O R D E R**

The Attorney General is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **October 28, 2005.**

BY ORDER

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
United States District Judge

DATE: 9/29/05