Original (Exs A & B)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Petitioner, : CASE NO. C.A. 05-407 S

v. :

Lieutenant Doyle, et al : November 4, 2005

PETITIONER'S OBJECTION TO RESPONDENTS' MOTION TO DISMISS under RULE 12, F.R.Civ.P.

The Petitioner Thaddeus Taylor, in the above captioned matter respectfully files his "Objection" to the Respondents' Motion To Dismiss pursuant to Rule 12 of the F.R.Civ.P. Claiming that the Petition should be dismissed for failure to establish subject-matter jurisdiction under Rule 12(b)(1) and failure to state a claim upon which relief may be granted under Rule 12(b)(6)...

Because the respondents arguments are without merit and relies on a factually incorrect statement of the facts it should be denied.

In support of the Petitioner's objection to the Respondents' Motion To Dismiss.. the Petitioner requests the Court take "Judicial Notice" of the documents and brief(s) submitted to the United STATES Court of Appeals, for the First Circuit.. in the related matters Taylor v. Collins, et al C.A. 05-265 S; C.A. 05-278 S; USCA (pending) (1st Cir.) Nos. 05-2337 and 05-2342 Exhibits "A" & "B"