UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, Petitioner, : CASE NO. C.A. 05-407 S

v. :

LT. Doyle, et al. RIDOC Respondents : November 17, 2005

MOTION FOR TEMPORARY INJUNCTION PROHIBITING RESPONDENTS' FROM HARASSMENT, RETALIATION, AND INTERFERRING WITH ACCESS

The Petitioner Thaddeus Taylor in the above captioned matter respectfully moves this Honorable Court for an order prohibiting the Respondents and/or employees from the Rhode Island Department of Corrections--from harassing, intimidating retaliating against, threating with disciplinary actions and punishing the petitioner because he excercised his constitutional Rights..

Specifically, the Petitioner respectfully request the Court grant this temporary injunctive relief against LT. William Galligan, Correctional officer Woods, Correctional officer Oliver, Correctional officer Blain, Correctional officer Galise, LT. Doyle, deputy Warden Donna Collins, Warden James Weeden and Director A.T. Wall (RIDOC employees).

The Petitioner also request the Court order the Respondents to provide him with daily access to his legal case files and a Law Library so that he may adequate Litigate this matter.

related matters. ON November 17, 2005 the Respondents Confiscated the petitioner's Legal Case files from his cell.. and also confiscated some of the Petitioner's Personal Property, and threaten and did subject the petitioner to disciplinary sanctions as punishment.

IN Further support of this Motion the Petitioner Submits that this is not the first time the Respondents have engaged in Retaliatory acts and similar acts against the petitioner because he filed Lawsuits and other formal Complaints against the above mentioned Respondents and RIDOC employees.

Respectfully Submitted,

[signature]

Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this motion was mailed Attorney Kathleen Kelly, RIDOC 40 Howard Ave, Cranston, RI 02920 on this 17th day of November, 2005

[signature]
Thaddeus Taylor Prose

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, Petitioner, : CASE NO. C.A. 05-4065

v. :

Correctional Officer BLAIN, RIDOC, etal : November 17, 2005

MEMORANDUM OF LAW INSUPPORT OF PETITIONER'S MOTION FOR TEMPORARY INJUNCTION

The petitioner Thaddeus Taylor, in the above captioned matter respectfully files this Memorandum of Law insupport of his MOTION FOR Temporary Injunctive Relief Prohibiting the Respondents and their representatives LT. William Galligan, C/O Woods, and C/O Oliver from "harassing", "threatening", retaliating against the petitioner for excercising his Constitutional Rights. Additionally, The Respondents on November 17, 2005, Confiscated the Petitioner's Legal Case files - solely to prohibit him from adequately Litigating and preparing for the instant matter and related matters to which they are named defendants. Correctional Officer Woods further retaliated against the Petitioner by writing him a 'disciplinary report' as punishment and continued harassment of the petitioner in his housing unit. For all the above reasons the motion should be granted.

Respectfully submitted,
Thaddeus Taylor
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Mot was mailed to Attorney Kelly, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this November 17, 2005.

Thaddeus Taylor
Thaddeus Taylor, pro se