December 30, 2005

RE: Request Court to Take Judicial Notice - (Related) C.A. 05-406 S; C.A. 05-407 S; C.A. 05-536 T

FILED
JAN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dear Clerk of the Court:

Could you please take the liberty to ask the U.S. District Court Judges to take Judicial Notice of the recent decision of the USCA, First Circuit in my Consolidated Appeals -- Nos. 05-2337; 05-2342 (C.A. 05-265 S; C.A. 05-278 S) .. I'm respectfully requesting that the Clerk's office take the liberty to advise the Judges of the recent decision -- stating the Respondent(s) motion to dismiss/summary dismissal filed by Attorney Kathleen Kelly.. were without merit all of her argument(s). I'm submitting such -- because she also filed similar meritless motions in my other related case(s) C.A. 05-406 S; C.A. 05-407 S and I expect also.. C.A. 05-536 T

Because the Rulings are Public documents -- I'm assuming that the Court could take Judicial Notice of such for all the above pending matters.. Also they are directly related disciplinary hearing at the (RIDOC - High Security facility).. Respectfully submitted

[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200, Cranston RI