Request for U.S. District Court to Take "Judicial Notice" of Decision -- for C.A. 05-406S; C.A. 05-407S; C.A. 05-536T

Thaddeus Taylor
December 29 2005

# United States Court of Appeals
## For the First Circuit

---

No. 05-2337
05-2342

THADDEUS TAYLOR,

Petitioner, Appellant,

v.

DONNA COLLINS, DEPUTY WARDEN, HSC, ET AL.,

Respondents, Appellees.

---

Before

Torruella, Selya and Lipez,
Circuit Judges.

---

ORDER OF COURT

Entered: December 19, 2005

Petitioner-appellant Thaddeus Taylor, a pro se prisoner litigant, has taken appeals to this court from the dismissals of two habeas corpus petitions he filed in the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 2241. Taylor challenges the constitutionality of his hearings before prison authorities on two separate disciplinary matters. The district court dismissed his petitions without prejudice because it concluded that he had not exhausted his state remedies. Taylor noticed appeals of both dismissals and the cases were consolidated in this court for briefing and argument. The respondents have filed a motion for summary disposition.

None of the respondents' arguments for summary dismissal are well taken. Taylor is not required to have achieved service of process on the opposing parties in order to appeal

from a dismissal which took place before the time for service under Fed.R.Civ.P. 4(m) expired. The involuntary dismissals were final and appealable judgments, even if they were without prejudice. No certificate of appealability is required for appeal from denial of an application under 28 U.S.C. § 2241. See Gonzalez v. Justices of the Mun. Ct. of Boston, 382 F.3d 1 at 11-12 (2004), vacated, 125 S.Ct. 1640 (2005), reinstated 420 F.3d 5 (1st Cir. 2005).

Inquires concerning a docketing statement by Taylor as a pro se appellant should be directed to the Clerk's office in the first instance.

The respondents' motions for summary disposition are denied.

Should respondents elect to submit responsive briefing under Fed.R.App.P. 28(b), it is hereby ordered that their brief or briefs be filed and served within thirty (30) days of the date of this order.

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: ____________________
Operations Manager.

[cc: Thaddeus Taylor, Patrick lynch, AG, Richard L. Blumenthal, AAG, Kathleen M. Kelly, Esq.]