UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -
                                :
Thaddeus Taylor                 :
                                :
    v.                          :     CA No. 05-407S
                                :
Correctional Officer Blain,     :
Et al.,                         :
                                :
- - - - - - - - - - - - - - - -

## ORDER

This Court has reviewed the Report and Recommendation of Magistrate Judge Almond dated March 10, 2006, and Plaintiff's Objection to said Report. Pursuant to 28 U.S.C. §636(b)(1) the Report and Recommendation of Magistrate Judge Almond is hereby adopted.

By Order

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 3/30/06