AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

V.

LIEUTENANT DOYLE, ET AL.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-407S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS, LIEUTENANT DOYLE; CORRECTIONAL OFFICER BLAIN; A.T. WALL, DIRECTOR RIDOC; DONNA COLLINS, DEPUTY WARDEN (HSC); JAMES WEEDEN, WARDEN (HSC); AND THERSA LANTZ, COMMISSIONER, CT DOC, AGAINST PLAINTIFF, THADDEUS TAYLOR, PURSUANT TO AN ORDER DATED MARCH 30, 2006 ADOPTING MAGISTRATE JUDGE ALMOND'S REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING PLAINTIFF'S PETITION WITH PREJUDICE.**

March 31, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk